# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 30, 2015

### NO. 03-14-00319-CV

**Texas Department of Public Safety, Appellant**

**v.**

**Liza Sissac, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
REVERSED AND RENDERED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on April 14, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment as follows: We reinstate the Administrative Law Judge's administrative order authorizing the Texas Department of Public Safety to suspend Sissac's driver's license for 180 days. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.